UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OLD REPUBLIC INSURANCE | * | CIVIL ACTION NO.: |
| COMPANY,LEASE PLAN U.S.A., | * | |
| INC., HARBEY JOHEL GRAJEDA | * | |
| AND USAA GENERAL INDEMNITY | * | JUDGE |
| COMPANY (in its capacity as | * | |
| uninsured/underinsured motorist carrier) | * | |
| | * | |
| Plaintiff | * | |
| | * | MAGISTRATE: |
| | * | |
| DENIS R. MCDONOUGH, IN HIS | * | |
| OFFICIAL CAPACITY AS SECRETARY | * | |
| OF THE UNITED STATES | * | |
| DEPARTMENT OF VETERANS | * | |
| AFFAIRS | * | |
| | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **COMPLAINT FOR DECLARATORY JUDGMENT**

NOW INTO COURT, through undersigned counsel come Plaintiffs, Old Republic Insurance Company, Lease Plan U.S.A., Inc., Harbey Johel Grajeda and USAA General Indemnity Company (in its capacity as uninsured/underinsured motorist carrier) ("Plaintiffs"), who file the following Complaint for Declaratory Judgment:

1.

Made defendant herein is Denis R. McDonough, in his official capacity as Secretary of the United States Department of Veterans Affairs, who may be served through the United States Attorney, the United States Attorney for the Eastern District of Louisiana and the United States Department of Veteran's Affairs.

2.

Jurisdiction of this court is based on there being a federal question under 28 U.S.C. § 1331.

3.

38 C.F.R. § 14.800, *et seq.* governs how information and discovery regarding the doctors of the Veterans Affairs may be obtained and therefore preempts Louisiana law.  Preemption occurs when a state law conflicts with a state law.  *English v. General Elec. Co*., 496 U.S. 72, 78-79 (1980).  Thus, there is jurisdiction under 28 U.S.C. § 1331.

4.

There is presently a concurrent Louisiana state action, in the Civil District Court Parish of Orleans, Errol Bailey, Sr. vs. Old Republic Insurance Company, Lease Plan U.S.A., Inc., Harbey Johel Grajeda And USAA General Indemnity Company  (in its capacity as uninsured/underinsured motorist carrier), Case No. 2019-07517, Division J.

5.

Plaintiffs have taken depositions of Errol Bailey, Sr. ("Mr. Bailey"), and Mr. Bailey has provided the names of three doctors he has seen at the V.A. hospital in New Orleans – Drs. Abbott, Kawasaki, and Burton.  No first names were given.

6.

As Plaintiffs do not know the full names of the doctors, they cannot meet the required *Touhy* regulations,. *See*, *Palmer v. Hawkins*, 2009 WL 3230750 *1  (W.D. La.. 2009) (referencing the required *Touhy* regulation found in the decision od *U.S. ex rel. Touhy v. Ragen,* 71 S.Ct. 416 (1951).

7.

Plaintiffs have attempted to get the information from the V.A Hospital in New Orleans, but to no avail. Plaintiffs have been told that the hospital cannot give out such information, or being tola that someone would call back, but no return phone call has been received. Under 38 C.F.R. § 14.802, these are requests as, requests for information may be made informally, by any method.

8.

Plaintiffs allege that they have shown that declaratory judgment is appropriate on the grounds Plaintiff have tried to get information from the V.A. Hospital in New Orleans and it has refused to give the information, therefore a justiciable controversy exists.

WHEREFORE, plaintiffs, Old Republic Insurance Company, Lease Plan U.S.A., Inc., Harbey Johel Grajeda and USAA General Indemnity Company (in its capacity as uninsured/underinsured motorist carrier), pray that after all due delays and proceedings, judgment be rendered and declared in favor of Old Republic Insurance Company, Lease Plan U.S.A., Inc., Harbey Johel Grajeda and USAA General Indemnity Company (in its capacity as uninsured/underinsured motorist carrier), find and holding that Denis R. McDonough, in his official capacity as Secretary of the United States Department of Veterans Affairs give the full names of Dr. Abbott, Dr. Kawsaki, and Dr. Burton, all doctors at the V.A. Hospital of New Orleans, and for all further and equitable relief.

Submitted by:

UNGARINO & MALDONADO, LLC

MATTHEW J. UNGARINO (#15061)
WAYNE R. MALDONADO (#19076)
HOY R. HUGHES (#29362)
1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone/Facsimile: (504)836-7556
hhughes@ungarino.com