UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OLD REPUBLIC INSURANCE COMPANY, LEASE PLAN U.S.A., INC., HARBEY JOHEL GRAJEDA AND USAA GENERAL INDEMNITY COMPANY (in its capacity as uninsured/underinsured motorist carrier) | * * * * * * * | CIVIL ACTION NO.: 2:24-cv-00089  JUDGE:  IVAN L.R. LEMELLE |
| Plaintiff | * * * | MAGISTRATE:  JANIS VAN MEERVELD |
| DENIS R. MCDONOUGH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS | * * * * * * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **MOTION TO DISMISS**

**NOW INTO COURT,** through undersigned counsel come Plaintiffs, Old Republic Insurance Company, Lease Plan U.S.A., Inc., Harbey Johel Grajeda and USAA General Indemnity Company (in its capacity as uninsured/underinsured motorist carrier) ("Plaintiffs"), who wish to Dismiss this Complaint for Declaratory Judgment against Denis McDonough, in his capacity as Secretary of the United States Department of Veterans Affairs ("Defendant"), because the U.S. Attorney for the Eastern District has provided Plaintiff means to obtain the information sought.  Accordingly, Plaintiffs ask the Court to dismiss this action against Plaintiff, without prejudice, each party to bear its own costs.

.

Submitted by:

UNGARINO & MALDONADO, LLC

_____

MATTHEW J. UNGARINO (#15061)
WAYNE R. MALDONADO (#19076)
HOY R. HUGHES (#26932)
1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone/Facsimile: (504)836-7556
hhughes@ungarino.com